```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JETNIK SYLA, *et al.*,

            Plaintiffs,

    -v-

HARD ROCK INTERNATIONAL (USA), INC., *et al.*,

            Defendants.

**ORDER**

24-CV-8247 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On August 26, 2025, Plaintiffs moved for conditional certification under the Fair Labor Standards Act. ECF No. 36. However, they did not file a letter seeking a premotion conference as required by my Individual Rules.

    Accordingly, the Court will treat Plaintiffs' filing at ECF No. 36 as a request for a premotion conference. Defendants are directed to respond to Plaintiffs' letter by **September 5, 2025**. The Court will hold a preconference on Plaintiffs' anticipated motion for conditional certification on September 10, 2025, at 3:00 p.m. via telephone. The parties should dial in to 646-453-4442 and use the conference ID 527 194 494#.

    The Clerk of Court is respectfully directed to close the motion at ECF No. 36 and mark it as "denied without prejudice."

**SO ORDERED.**

Dated: August 29, 2025
       New York, New York

                                          Hon. Henry J. Ricardo
                                          United States Magistrate Judge