UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JETNIK SYLA, et al.,

               Plaintiffs,

      -v-

HARD ROCK INTERNATIONAL (USA), INC., et al.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2025

**ORDER**

24-CV-8247 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 10, 2025, the Court held a premotion conference establishing a briefing schedule for Plaintiffs' Motion for Conditional Certification. The schedule is as follows:

- Plaintiffs' motion is due on **September 19, 2025**.
- Defendants' opposition is due on **October 17, 2025**.
- Plaintiffs' reply is due on **October 31, 2025**.

**SO ORDERED.**

Dated: September 10, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge