```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JETNIK SYLA, *et al.*,

               Plaintiffs,

-v-

HARD ROCK INTERNATIONAL (USA), INC., *et al.*,

               Defendants.

**ORDER**

24-CV-8247 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' October 10, 2025 joint status letter. ECF No. 50. The Parties' request for an extension of upcoming deadlines is **GRANTED.** The deadline for fact discovery is extended to **December 19, 2025**, and the deadline for Defendants to respond to Plaintiffs' Motion for Conditional Certification is extended to **October 31, 2025**.

**SO ORDERED.**

Dated: October 14, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1