UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JETNIK SYLA, *et al.*,

                Plaintiffs,

      -v-

HARD ROCK INTERNATIONAL (USA), INC., *et al.*,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/27/2025
```

**ORDER**

24-CV-8247 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' letter motion (the "Letter Motion") requesting to stay this matter in light of mediation scheduled for January 12, 2026. ECF No. 52. The Letter Motion is **DENIED**. However, the Court will adjourn upcoming deadlines in this matter to the dates specified below:

- Defendants' response to Plaintiffs' Motion for Conditional Certification is due by **November 21, 2025**.
- Plaintiffs' reply brief in further support of the Motion for Conditional Certification is due by **December 5, 2025**.
- The Parties will submit a joint status letter by **January 19, 2026**.
- Fact discovery will close on **March 13, 2026**.

    The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 52 as **DENIED**.

**SO ORDERED.**

Dated: October 27, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge