**MEMO ENDORSEMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2025

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JETNIK SYLA, *et al.*, | : | |
| Plaintiffs, | : | |
| | : | Case No. 24-CV-8247 (JLR) (HJR) |
| v. | : | |
| HARD ROCK INTERNATIONAL (USA), INC., *et al.*, | : | |
| Defendants. | : | **CONSENT ORDER** |

This matter having been presented to the Court by the agreement of all parties and good cause appearing therefore, the Court enters the following Order:

**WHEREAS**, on September 19, 2025, Plaintiffs Syla Jetnik and Besnik Berisha filed a Motion for Conditional Certification of a Collective Action Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("Motion for Conditional Certification") (ECF Doc. 45);

**WHEREAS**, on October 24, 2025, Plaintiffs and Defendants Hard Rock International (USA), Inc. and HR Hotel NYC LLC d/b/a Hard Rock Hotel New York (collectively "Defendants") advised the Court that they have agreed to participate in mediation on January 12, 2026 with mediator Martin F. Scheinman, Esq. and requested a stay of the proceedings until after mediation (ECF Doc. 52);

**WHEREAS**, on October 27, 2025, the Court denied the parties' application for a stay pending mediation and entered an Order requiring Defendants respond to the Motion for Conditional Certification by November 21, 2025, requiring Plaintiffs to submit a reply brief by December 5, 2025, requiring the parties to submit a joint status letter be submitted by January 19, 2026, and extending fact discovery through March 13, 2026 (ECF Doc. 53);

1

WHEREAS, the parties have reached an agreement to conditionally certify a collective pursuant to 29 U.S.C. § 216(b) of all current and former hourly employees of HR Hotel NYC LLC that worked at NYY Steak, Sessions, RT60, or NYY Events from the period of October 30, 2021 through the date of certification if the matter does not resolve as a result of the mediation on January 12, 2026; and

WHEREAS, the parties have reached an agreement as to the form of notice to send to the collective if the matter does not resolve as a result of the mediation on January 12, 2026, attached here to as **Exhibit A**;

NOW THEREFORE, the parties shall advise the Court on January 19, 2026 as to the status of mediation and, if the matter has not resolved, absent further order of the Court, the Court will enter an Order in the form attached hereto as **Exhibit B** conditionally certifying the collective and authorizing the notice in the form attached hereto as **Exhibit A**.

IT IS SO ORDERED this __10__ day of __November__ 2025.

**In light of the Parties' submission at ECF No. 54 and this Order, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 45 as MOOT.**

_____
Henry J. Ricardo
United States Magistrate Judge

We hereby consent to the form and entry of this order.

By: _____
William Brown, Esq.
Angela Kown, Esq.
Brown Kwon & Lam, LLP
521 5th Avenue, Suite 1744
New York, New York 10175
(212) 295-5825
wbrown@bkllawyers.com
akown@bkllawyers.com

By: _____
Kathleen McLeod Caminiti, Esq.
Sarah Wieselthier, Esq.
Robert W. Dickson, LLP
Fisher & Phillips LLP
400 Connell Drive, Suite 4000
Berkeley Heights, New Jesey 07922
(908) 516-1050
kcaminiti@fisherphillips.com
swieselthier@fisherphillips.com
rdickson@fisherphillips.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JETNIK SYLA and BESNIK BERISHA,
*on behalf of themselves and others similarly situated,*

Plaintiffs,

- against -

HARD ROCK INTERNATIONAL (USA), INC.,
HARD ROCK HOTELS, INC.,
HR HOTEL NYC LLC
    d/b/a HARD ROCK HOTEL NEW YORK,
NYY STEAK LLC,
NYY STEAK MANHATTAN, LLC and
KLAUBER PINTO,

Defendants.

Case No.: 1:24-cv-8247 (JLR)(HJR)

---

## NOTICE OF PENDENCY OF LAWSUIT

**If you worked as an hourly employee at the bars and restaurants located inside the Hard Rock Hotel New York located at 159 West 48th Street, New York, NY 10036, at any time between October 30, 2021 and [Date] the present, please read this notice:**

Plaintiffs Jetnik Syla and Besnik Berisha (collectively, "Plaintiffs"), former employees of HR Hotel NYC LLC d/b/a Hard Rock Hotel New York (the "Hotel"), have brought the above-referenced lawsuit ("Lawsuit") against Defendants Hard Rock International (USA), Inc. and HR Hotel NYC LLC d/b/a Hard Rock Hotel New York (collectively, "Defendants") on behalf of themselves and all other current and/or former similarly situated employees who worked for the Hotel as a non-exempt, hourly employee, at any time between October 30, 2021 and the present.

Plaintiffs allege that Defendants failed to compensate employees their full wages and tips, in violation of the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") (together, the "Claims"). Plaintiffs are seeking alleged unpaid wages and overtime due to alleged off-the-clock work. Furthermore, Plaintiffs are seeking unpaid gratuities resulting from Defendants' alleged improper retention of tips and service fees, as well as damages in accordance with federal and state law, as well as attorneys' fees and costs. Defendants deny any wrongdoing.

The Court has authorized the parties to mail this Notice to inform you of the existence of the Lawsuit and of any legal rights that you may have with respect to the Lawsuit. The Court has

not decided who is right or who is wrong. The Court has not yet ruled on whether Plaintiffs' claims or Defendants' defenses have any merit.

## YOUR LEGAL RIGHTS

### PARTICIPATING IN THIS LAWSUIT

You are receiving this Notice because Defendants' records show that you may have worked for the Hotel at some point between October 30, 2021 and the present, in a job similar to one of the jobs held by Plaintiffs. If you worked at a bar and restaurant located in the Hard Rock Hotel New York (NYY Steak, RT60, Sessions, or NYY Events) as a non-exempt, hourly employee at any time between October 30, 2021 and the present, you may join Plaintiffs in this Lawsuit (that is, you may "opt-in") by mailing the "Consent to Join Lawsuit" form in the enclosed self-addressed envelope to Plaintiffs' counsel. In the event that you misplace or lose the envelope, the signed Consent to Join Lawsuit form must be sent to the following address:

**BROWN KWON & LAM, LLP**
**521 5th Avenue, 17th Floor**
**New York, NY 10175**

You can also fax the Consent to Join Lawsuit form to (718) 795-1642 or scan and email it to info@bkllawyers.com.

If you decide to join this lawsuit, you must send the signed Consent to Join Lawsuit form on or before **[60 days from mailing of notice]**. If your signed Consent to Join Lawsuit form is not filed with the Court by **[60 days from mailing of notice]**, you may not be able to participate in this lawsuit.

### EFFECT OF JOINING THIS LAWSUIT

If you choose to join this Lawsuit:

- You will be bound by any decision or judgment of the Court, or settlement, whether favorable or unfavorable, with respect to the Claims. There are no guarantees of any outcome or that any recovery will be awarded.
- You will be required to provide information regarding your employment with the Hotel. You may be required to testify at a deposition or at trial, respond to written questions, and produce documents relevant to the case.
- You may not be discharged or retaliated against in any other manner by the Hotel because you join this case or have exercised your rights under federal or New York state law.
- You have a right to participate in this lawsuit regardless of your immigration status.

5

## EFFECT OF NOT JOINING THIS LAWSUIT

If you choose not to join this lawsuit, you do not need to do anything. If you do nothing at all, you will not be included in this Lawsuit and you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable.

You are permitted to file your own lawsuit. If you intend on filing your own lawsuit, you should be aware that the time period for you to bring a claim under the FLSA is within two years of the date the claim accrues. If you can prove that your employer's violations were "willful," the FLSA claims may be brought within three years of the date the claim accrues. If you choose not to join this lawsuit, the time for you to bring your FLSA claims will continue to run.

## YOUR LEGAL REPRESENTATION IF YOU JOIN

Plaintiffs are represented by Brown Kwon & Lam, LLP. Plaintiffs' attorneys are being paid on a contingency fee basis, which means that attorneys' fees are not owed unless Plaintiffs are successful and win the case or obtain a settlement, in which case the Court will determine the amount of fees to be paid.

If you choose to join this lawsuit, Brown Kwon & Lam, LLP will represent you on a contingency fee basis. By returning the signed Consent to Join Lawsuit, you authorize Plaintiffs and/or Plaintiffs' counsel to act on your behalf in all matters relating to the FLSA claims in this action, including any settlement of your claims. You understand that you will be bound by the decisions made and agreements entered into by Plaintiffs and/or Plaintiffs' counsel with respect to the Claims.

You do not have to be represented by Brown Kwon & Lam, LLP and Plaintiffs. You have the right to retain your own counsel, of your choosing, at your own expense.

## FOR MORE INFORMATION

For more information, you can contact Plaintiffs' counsel at the following:

**William Brown, Esq.**
**BROWN KWON & LAM, LLP**
**521 5th Avenue, 17th Floor**
**New York, New York 10175**
**Tel.: (212) 295-5828 or (212) 295-5825**
**Email: wbrown@bkllawyers.com or info@bkllawyers.com**

**PLEASE DO NOT WRITE OR CALL THE COURT OR THE CLERK OF THE COURT WITH ANY QUESTIONS ABOUT THIS LAWSUIT OR NOTICE.**

Dated: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JETNIK SYLA and BESNIK BERISHA, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> - against - <br><br> HARD ROCK INTERNATIONAL (USA), INC., HARD ROCK HOTELS, INC., HR HOTEL NYC LLC <br>  d/b/a HARD ROCK HOTEL NEW YORK, NYY STEAK LLC, NYY STEAK MANHATTAN, LLC and KLAUBER PINTO, <br><br> Defendants. | Case No.: 1:24-cv-8247 (JLR)(HJR) <br><br> **CONSENT TO JOIN LAWSUIT FORM** |

IF YOU CONSENT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THIS FORM AND RETURN NO LATER THAN **[60 DAYS FROM MAILING OF NOTICE]**.

**I consent to join this collective action lawsuit under the Fair Labor Standards Act and New York Labor Law against Hard Rock International (USA), Inc. and Hard Rock Hotels, Inc. as an Opt-In Plaintiff. I elect to be represented by Brown Kwon & Lam, LLP. I authorize Plaintiffs and Brown Kwon & Lam, LLP to act on my behalf in all matters relating to this action, including any settlement of my claims, with respect to the Caims.**

Name: _____

Street Address: _____

City, State, Zip Code: _____

Telephone Number: _____ Email: _____

Signature: _____ Date: _____

---

**Mail:** Brown Kwon & Lam, LLP, 521 5th Avenue, 17th Floor, New York, NY 10175
**Fax:** (718) 795-1642
**Email:** info@bkllawyers.com

7

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JETNIK SYLA and BESNIK BERISHA,
*on behalf of themselves and others similarly situated*,

Plaintiffs,

- against -

HARD ROCK INTERNATIONAL (USA), INC.,
HARD ROCK HOTELS, INC.,
HR HOTEL NYC LLC
    d/b/a HARD ROCK HOTEL NEW YORK,
NYY STEAK LLC,
NYY STEAK MANHATTAN, LLC and
KLAUBER PINTO,

Defendants.

Case No.: 1:24-cv-8247(JLR) (HJR)

**[PROPOSED] ORDER**

It is hereby **ORDERED** that:

1. The Court grants conditional certification of an FLSA collective action pursuant to 29 U.S.C. § 216(b) on behalf of all current and former non-exempt, hourly employees employed by Defendant HR Hotel NYC LLC, located at 159 West 48th Street, New York, NY 10036, that worked at NYY Steak, RT60, Sessions, or NYY Events within the three (3) years prior to October 30, 2024 (the "Covered Employees").

2. The Court approves dissemination of the notice of this FLSA action to Covered Employees via regular mail and email.

3. The Court approves the proposed Notice and the consent form, attached as **Exhibit A** to the Consent Order dated [insert date].

4. The Covered Employees shall have sixty (60) days from after the mailing of the conditional collective certification notice and forms to opt in to the above-captioned action.

5. Within two (2) weeks of this Order, Defendants shall provide a Plaintiff's Counsel a list of the Covered Employees in electronic form, on an Excel document, containing the following contact information for each Covered Employee:

    a. name;

    b. job title;

    c. last known mailing address;

    d. last known email address; and

    e. start and end dates of employment.

**SO ORDERED.**

Dated: _____       _____
    New York, New York      The Honorable Henry J. Ricardo, J.S.M.J.