UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JETNIK SYLA, *et al.*,

                          Plaintiffs,

            -v-

HARD ROCK INTERNATIONAL (USA),
INC., *et al.*,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2025

**ORDER**

24-CV-8247 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 24, 2025, Pedro Lazo filed what is labeled as a "Consent to Join a Class and Collective Action," but in substance serves as a motion to amend the complaint—in violation of the requirements set forth in Rule II of the undersigned's Individual Rules and Practices—by seeking to add "further claims on behalf of the class cand [sic] collective members." ECF No. 59 (the "November 24 Filing") ¶ 3. Plaintiffs Jetnik Syla and Besnik Berisha, as well as the remaining Defendants, are directed to respond to the November 24 Filing by **December 18, 2025**.

**SO ORDERED.**

Dated: December 3, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1