UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2025
```

JETNIK SYLA, *et al.*,

                              Plaintiffs,          **ORDER**

            -v-                                    24-CV-8247 (JLR) (HJR)

HARD ROCK INTERNATIONAL (USA),
INC., *et al.*,

                              Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 17, 2025, counsel for Pedro Lazo filed a letter motion (the "Letter Motion"), requesting a pre-motion conference to address a discovery dispute. ECF No. 66.  Plaintiffs are directed to file a response by **December 23, 2025.**  Mr. Lazo's request for a conference is **GRANTED**, and the Court will address the Letter Motion at the conference scheduled on **December 29, 2025** at **2:00 p.m.** by telephone.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 762 942 406#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 66 as **GRANTED.**

**SO ORDERED.**

Dated: December 18, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge