UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JETNIK SYLA, *et al.*,

                    Plaintiffs,

        -v-

HARD ROCK INTERNATIONAL (USA),
INC., *et al.*,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/2025

**ORDER**

24-CV-8247 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 29, 2025, the undersigned held a conference to address Plaintiffs Jetnik Syla and Besnik Berisha's motion to strike Pedro Lazo's filing at ECF No. 59, ECF No. 63 (the "Motion to Strike"), and Mr. Lazo's December 17, 2025 Motion to Compel, ECF No. 66 (the "Motion to Compel"). For the reasons articulated in the transcript, the Motion to Strike is **GRANTED**. However, Mr. Lazo may file an appropriate opt-in form to join the case. Further, assuming that Mr. Lazo files an appropriate opt-in form, the Motion to Compel is **GRANTED** as to the request for Defendants to produce discovery materials to Mr. Lazo.

The Clerk of Court is respectfully directed to strike the filing at ECF No. 59.

**SO ORDERED.**

Dated: December 29, 2025
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge