UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JETNIK SYLA, *et al.*,

               Plaintiffs,

     -v-

HARD ROCK INTERNATIONAL (USA),
INC., *et al.*,

               Defendants.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/2/2026

**ORDER**

24-CV-8247 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Opt-in Plaintiff Pedro Lazo's December 31, 2025 letter motion, ECF No. 76 (the "Letter Motion"). Defendants and Plaintiffs Jetnik Syla and Besnik Berisha shall file a response by **January 9, 2026.** The undersigned will hold a conference on **January 15, 2026** at **10:00 a.m.** by telephone to address the Letter Motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 986 412 262#).

**SO ORDERED.**

Dated: January 2, 2026
     New York, New York

Henry J. Ricardo
United States Magistrate Judge