UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2026
```

JETNIK SYLA, *et al.*,

              Plaintiffs,

      -v-

HARD ROCK INTERNATIONAL (USA),
INC., *et al.*,

           Defendants.

**ORDER**

24-CV-8247 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Opt-in plaintiff Pedro Lazo ("Lazo") filed a letter motion to compel the production of certain class sampling materials that defendants provided to the original plaintiffs.  ECF No. 76.  Defendants and the original plaintiffs represent that these materials have been provided to Lazo.  ECF Nos. 80, 81.  Accordingly, the letter motion at ECF No. 76 is **DENIED AS MOOT** and the conference scheduled on January 15, 2026 is canceled.  The parties are reminded of their obligations under ECF No. 55, including to provide an update as to the status of the mediation by **January 19, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 76 as **DENIED AS MOOT.**

**SO ORDERED.**

Dated: January 13, 2026
      New York, New York

_____

Henry J. Ricardo
United States Magistrate Judge