UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2026
```

JETNIK SYLA, *et al.*,

                Plaintiffs,

       -v-

HARD ROCK INTERNATIONAL (USA),
INC., *et al.*,

                Defendants.

**ORDER**

24-CV-8247 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court is in receipt of the January 19, 2026 joint letter from Defendants and Plaintiffs Syla and Berisha (the "Original Plaintiffs") providing an update regarding the mediation.  ECF No. 83.

      The Original Plaintiffs, Defendants, and Pedro Lazo shall file a joint letter providing a further update regarding the status of settlement negotiations by **February 3, 2026.**  Additionally, the request that the Court delay entering the order referenced in ECF No. 55 (the "Order") is **GRANTED.**  The Court will delay entering the Order until **February 5, 2026.**

**SO ORDERED.**

Dated: January 20, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge