UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JETNIK SYLA, *et al.*,

                          Plaintiffs,

            -v-

HARD ROCK INTERNATIONAL (USA),
INC., *et al.*,

                          Defendants.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/2/2026

**ORDER**

24-CV-8247 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Opt-in Plaintiff Pedro Lazo's January 30, 2026 letter motion, ECF No. 85 (the "Letter Motion"), requesting an extension of time to submit a joint status report. The Letter Motion is **DENIED**. The Parties shall submit their joint status report by **February 3, 2026** prior to the Court entering the order at ECF No. 55 on **February 5, 2026**. *See* ECF No. 84.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 85 as **DENIED**.

**SO ORDERED.**

Dated: February 2, 2026
          New York, New York

Henry J. Ricardo
United States Magistrate Judge