USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JETNIK SYLA and BESNIK BERISHA,
*on behalf of themselves and others similarly situated,*

        Plaintiffs,

  - against -

HARD ROCK INTERNATIONAL (USA), INC.,
HARD ROCK HOTELS, INC.,
HR HOTEL NYC LLC
    d/b/a HARD ROCK HOTEL NEW YORK,
NYY STEAK LLC,
NYY STEAK MANHATTAN, LLC and
KLAUBER PINTO,

        Defendants.

Case No.: 1:24-cv-8247(JLR) (HJR)

~~[PROPOSED]~~ ORDER

It is hereby **ORDERED** that:

1.    The Court grants conditional certification of an FLSA collective action pursuant to 29 U.S.C. § 216(b) on behalf of all current and former non-exempt, hourly employees employed by Defendant HR Hotel NYC LLC, located at 159 West 48th Street, New York, NY 10036, that worked at NYY Steak, RT60, Sessions, or NYY Events within the three (3) years prior to October 30, 2024 (the "Covered Employees").

2.    The Court approves dissemination of the notice of this FLSA action to Covered Employees via regular mail and email.

3.    The Court approves the proposed Notice and the consent form, attached as **Exhibit A** to the Consent Order dated November 10, 2025.

4.    The Covered Employees shall have sixty (60) days from after the mailing of the conditional collective certification notice and forms to opt in to the above-captioned action.

5.      Within two (2) weeks of this Order, Defendants shall provide a Plaintiff's Counsel a list of the Covered Employees in electronic form, on an Excel document, containing the following contact information for each Covered Employee:

       a.  name;

       b.  job title;

       c.  last known mailing address;

       d.  last known email address; and

       e.  start and end dates of employment.

SO ORDERED.

Dated: February 5, 2026
      New York, New York

The Honorable Henry J. Ricardo, J.S.M.J.

10