UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2026
```

JETNIK SYLA, *et al.*,

               Plaintiffs,

      -v-

HARD ROCK INTERNATIONAL (USA),
INC., *et al.*,

               Defendants.

**ORDER**

24-CV-8247 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The parties are directed to file a joint letter providing an update regarding the status of this case by **March 30, 2026.**

**SO ORDERED.**

Dated: March 16, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge