UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2026
```

JETNIK SYLA, *et al.*,

                Plaintiffs,

        -v-

HARD ROCK INTERNATIONAL (USA),
INC., *et al.*,

                Defendants.

**ORDER**

24-CV-8247 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' joint status letter. ECF No. 94. The Parties' request for an extension of time to proceed with dissemination of notice to potential opt-in plaintiffs is **GRANTED**. The Parties are directed to file a further joint letter by **April 10, 2026** regarding either resolution of this matter or proposed next steps.

**SO ORDERED.**

Dated: March 31, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge