UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JETNIK SYLA, *et al.*,

                        Plaintiffs,

            -v-

HARD ROCK INTERNATIONAL (USA),
INC., *et al.*,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2026

**ORDER**

24-CV-8247 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status report.  ECF No. 96.  The parties' request to file a further joint status report is **GRANTED**.  The parties are directed to file a joint status report by **April 24, 2026** regarding either resolution of this matter or proposed next steps.

**SO ORDERED.**

Dated: April 13, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge