**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JETNIK SYLA AND BESNIK BERISHA, *on behalf of themselves and others similarly situated*,<br><br>　　　　　　　　Plaintiffs,<br><br>- against -<br><br>HARD ROCK INTERNATIONAL (USA), INC.,<br>HARD ROCK HOTELS, INC.,<br>HR HOTEL NYC LLC<br>d/b/a HARD ROCK HOTEL NEW YORK,<br>NYY STEAK LLC,<br>NYY STEAK MANHATTAN, LLC and<br>KLAUBER PINTO,<br><br>　　　　　　　　Defendants. | Case No.: 1:24-cv-08247<br><br>~~[PROPOSED]~~ **JUDGMENT IN FAVOR OF JETNIK SYLA** |

**WHEREAS,** pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant HR HOTEL NYC LLC d/b/a HARD ROCK HOTEL NEW YORK having offered to allow Plaintiff Jetnik Syla ("Plaintiff") to take a judgment against it in the sum of $3,000.00 to resolve all of Plaintiff's Fair Labor Standards Act ("FLSA") claims against Defendant, in accordance with the terms and conditions of the Rule 68 Offer of Judgment dated April 9, 2026;

**WHEREAS,** on April 16, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of the Rule 68 Offer of Judgment (Dkt. No. 100); and

**WHEREAS,** Plaintiff has filed a Stipulation of Dismissal without prejudice with respect to any remaining claims in the Action (Dkt. No. ___); and

**NOW THEREFORE,** this Court Orders the $3,000.00 judgment to be entered against HR HOTEL NYC LLC d/b/a HARD ROCK HOTEL NEW YORK,

1.      In accordance with the Offer of Judgment, this Judgment shall not be construed as either an admission of liability on the part of Defendants, or any of them, or that Plaintiff has suffered any damages.

2.      The Clerk of the Court is respectfully directed to close this case.

**IT IS SO ORDERED.**

Dated:   April 20, 2026                       _____
                                              Hon. Jennifer L. Rochon      , U.S.D.J.