**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JETNIK SYLA, and BESNIK BERISHA, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

           Plaintiffs,

    v.

HARD ROCK INTERNATIONAL (USA), INC, *et al*,

           Defendants.

**Case No.**:  1:24-cv-08247

~~**[PROPOSED]**~~
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant HR HOTEL NYC LLC d/b/a HARD ROCK HOTEL NEW YORK ("Defendant") having offered to allow plaintiff Pedro Lazo ("Plaintiff") to take a judgment against it, in the sum of $3,000.00 ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual FLSA claims against Defendants, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated April 9, 2026 and filed as Exhibit A to Docket Number 98;

**WHEREAS**, on April 16, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 98);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Pedro Lazo, in the sum of $3,000.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated April 9, 2026 and filed as Exhibit A to Docket Number 98.

**SO ORDERED:**

Dated: _____April 20_____, 2026
     New York, New York

_____
Jennifer L. Rochon      U.S.D.J.